DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEENAN JOSEPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2446

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Lynch, Judge; L.T. Case No. 062022CF004649A88810.

Dwayne A. Robinson of Kozyak Tropin & Throckmorton LLP, Miami, and Jeremy McLymont of AsiliA Law Firm, P.A., Miami, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Anesha Worthy, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***